UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,


                              Plaintiff,

                                                      DECISION AND ORDER

                                                      00-CR-6110L


                v.

PAUL T. STOCKMEISTER,



                              Defendant.

_____

        By letter dated October 31, 2005 (Dkt. #21), defendant moved to modify one of the

conditions of probation to eliminate the requirement of electronic monitoring.  By letter dated

November 9, 2005 (Dkt. #22), the Government indicated that it did not oppose the motion.

Therefore, the term of supervised release requiring home confinement for a period of ten (10) months

with electronic monitoring is hereby vacated.

        IT IS SO ORDERED.


                                        _____
                                              DAVID G. LARIMER
                                             United States District Judge


Dated: Rochester, New York
            November 14, 2005.